*Cutone, Petitioner, v. Law et al., Respondents*, No. 93739-7. Petition for review of a decision of the Court of Appeals, No. 73926-3-I, September 6, 2016, 195 Wn. App. 1059. *Denied* February 8, 2017.

*State, Respondent, v. Ollison, Petitioner*, No. 93743-5. Petition for review of a decision of the Court of Appeals, No. 47351-8-II, September 20, 2016, 196 Wn. App. 1002. *Denied* February 8, 2017.

*State, Respondent, v. Jones, Petitioner*, No. 93744-3. Petition for review of a decision of the Court of Appeals, No. 33829-1-III, September 15, 2016, 195 Wn. App. 1064. *Denied* February 8, 2017.

*State, Respondent, v. Kerns, Petitioner*, No. 93746-0. Petition for review of a decision of the Court of Appeals, No. 33831-2-III, August 9, 2016, 195 Wn. App. 1039. *Denied* February 8, 2017.

*State, Respondent, v. Sowers, Petitioner*, No. 93749-4. Petition for review of a decision of the Court of Appeals, No. 71720-1-I, August 29, 2016, 195 Wn. App. 1051. *Denied* February 8, 2017.

*State, Respondent, v. Ahearn, Petitioner*, No. 93753-2. Petition for review of a decision of the Court of Appeals, No. 46645-7-II, August 23, 2016, 195 Wn. App. 1049. *Denied* February 8, 2017.

*State, Respondent, v. Meyer, Petitioner*, No. 93758-3. Petition for review of a decision of the Court of Appeals, No. 47676-2-II, October 4, 2016, 196 Wn. App. 1023. *Denied* February 8, 2017.

*State, Respondent, v. N.M., Petitioner*, No. 93761-3. Petition for review of a decision of the Court of Appeals, No. 47615-1-II, October 4, 2016, 196 Wn. App. 1022. *Denied* February 8, 2017.